UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HDR Global Trading Limited, a/k/a "BitMEX,"<br><br>Defendant. | WAIVER OF INDICTMENT<br><br>24 Cr.<br><br>**24CRIM424** |

The above-named defendant, who is accused of violating Title 31, United States Code, Sections 5318(h)(1) and (l), 5322(a) and (c); Title 31, Code of Federal Regulations, Sections 1026.210 and 1026.220; and Title 18, United States Code, Section 2, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

s/ Peter Wilkinson, General Counsel
HDR Global Trading Limited
Defendant

s/ David C. Esseks
David C. Esseks, Esq.
Attorney for Defendant

Dated: New York, New York
~~May 16, 2024~~
July 10, 2024

WITNESS