UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HDR Global Trading Limited, a/k/a "BitMEX,"

Defendant.

SEALED NOTICE OF INTENT TO FILE AN INFORMATION

24 CRIM 424

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
       May 16, 2024

                                        DAMIAN WILLIAMS
                                        United States Attorney

                                By:     *Samuel Raymond*
                                        Samuel Raymond
                                        Thane Rehn
                                        Jessica Greenwood
                                        Assistant United States Attorney

                                        AGREED AND CONSENTED TO:

                                By:     s/ David C. Esseks
                                        David Esseks, Esq.
                                        Attorney for HDR Global Trading Limited